UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-mj-8760-BER

UNITED STATES OF AMERICA

v.

ERVIN GABRIEL JUAREZ-SOLOJ,

            **Defendant.**         /

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?  ☐ Yes  ☑ No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  ☐ Yes  ☑ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?  ☐ Yes  ☑ No

4. 4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?  ☐ Yes  ☑ No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY: _/s/ Daniel E. Funk_____
DANIEL E. FUNK
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.   0592501
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:   305-905-7509
Fax:
Email:  daniel.funk@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   25-mj-8760-BER |
| ERVIN GABRIEL JUAREZ-SOLOJ, | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  December 16, 2025  in the county of  Palm Beach  in the  Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry by a Previously Removed Alien |

FILED BY ___TM___ D.C.
Dec 18, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

ICE Deportation Officer Andy Korzen
*Printed name and title*

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Date: _____

Digitally signed by Bruce Reinhart
Date: 2025.12.18 16:35:42 -05'00'

*Judge's signature*

City and state:   West Palm Beach, FL     U.S. Magistrate Judge Bruce E. Reinhart
*Printed name and title*

**AFFIDAVIT**
**OF**
**ANDY KORZEN**
<u>**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**</u>
<u>**IMMIGRATION AND CUSTOMS ENFORCEMENT**</u>

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-two years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Ervin Gabriel JUAREZ-SOLOJ, also known as Rudy JIRON-NORIEGA, committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3. On or about December 16, 2025, Ervin Gabriel JUAREZ-SOLOJ was arrested in Palm Beach County, Florida, for the offense of driving under the influence. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records shows that Ervin Gabriel JUAREZ-SOLOJ is a native and citizen of Guatemala. Records further show that on or about June 17, 2012, Ervin Gabriel JUAREZ-SOLOJ was ordered removed from the United States.

The Order of Removal was executed on or about July 11, 2012, whereby Ervin Gabriel JUAREZ-SOLOJ was removed from the United States and returned to Guatemala.

5. Thereafter, Ervin Gabriel JUAREZ-SOLOJ re-entered the United States illegally and was removed and returned to Guatemala on two additional separate occasions, on or about following dates: December 12, 2019, and March 11, 2020.

6. Thereafter, Ervin Gabriel JUAREZ-SOLOJ re-entered the United States illegally and was expelled from the United States and returned to Mexico under provision of Title 42, United States Code, Section 265, on two separate occasions, on or about following dates: April 26, 2020, and October 28, 2020.

7. Ervin Gabriel JUAREZ-SOLOJ's fingerprints taken in connection with his December 16, 2025, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Ervin Gabriel JUAREZ-SOLOJ.

8. A record check was performed in the Computer Linked Application Informational Management System to determine if Ervin Gabriel JUAREZ-SOLOJ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Ervin Gabriel JUAREZ-SOLOJ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

9. Based on the foregoing, I submit that probable cause exists to believe that, on or about December 16, 2025, Ervin Gabriel JUAREZ-SOLOJ, an alien who has previously been deported and removed from the United States, was found in the United

States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this _____ day of December 2025.

Digitally signed by Bruce Reinhart
Date: 2025.12.18 16:36:01 -05'00'

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:   ERVIN GABRIEL JUAREZ-SOLOJ

**Case No**:   25-mj-8760-BER

**Count #1:**

Illegal Reentry by a Previously Removed Alien

* **Max. Term of Imprisonment:** 2 years
* **Mandatory Min. Term of Imprisonment (if applicable):** N/A
* **Max. Supervised Release:** 1 year
* **Max. Fine:** $250,000

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.